# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVE SHAWLEY and AIM FINANCIAL, LLC,** | : CIVIL DIVISION |
| | : |
| | : ELECTRONICALLY FILED |
| **Plaintiffs,** | : |
| | : CASE NO. 2:23-cv-00367-DSC |
| v. | : |
| | : |
| **CREDENCE RESOURCE MANAGEMENT, LLC,** | : |
| | : |
| **Defendant.** | : |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Steve Shawley and AIM Financial, LLC and Defendant Credence Resource Management, LLC (collectively "Parties") hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

J.P. Ward & Associates, LLC

| | |
|---|---|
| BY:  /s/ Travis A. Gordon | s/ Aaron R. Easley |
| Travis A. Gordon, Esquire | Aaron R. Easley, Esquire |
| PA ID #328314 | **Sessions, Israel & Shartle, LLC** |
| Counsel for Plaintiff | 3 Cross Creek Drive |
| 201 S. Highland Avenue, Suite 201 | Flemington, NJ 08822 |
| Pittsburgh, PA 15206 | 908-237-1660 |
| (412) 545-3015 | Fax: 908-237-1663 |
| (412) 540-3399 (fax) | Email: aeasley@sessions.legal |
| | *Counsel for Defendant* |

Dated: March 14, 2023

**SO ORDERED:**                    s/David Stewart Cercone
                                                      David Stewart Cercone
Dated: March 15, 2023       Senior U.S. District Court Judge